# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

FILED

2021 DEC 27 PM 4:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____KMN_____

ED VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
EMAIL: eevallejo@yahoo.com

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA AT LOS ANGELES

2:21-CV-9941-ODW-RAOx

|  |  |
|---|---|
| Ed Vallejo, <br><br> Petitioners/Plaintiffs, et al, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; STEVEN GORDON, in his official capacity as Director of the CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, CITY OF GLENDALE, et al., <br><br> Respondents/Defendants. | CASE NUMBER: TBD <br><br> NOTICE AND MOTION TO FILE CLASS VERIFIED PETITION FOR A WRIT OF MANDATE ( MANDAMUS ) AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF <br><br> JURY TRIAL DEMANDED |

TO THE HONORABLE DISTRICT COURT, DEFENDANT'S COUNSEL, AND OTHER

INTERESTED PARTIES:

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

ORIGINAL

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

**PLEASE TAKE NOTICE** that on December 9, 2021, Plaintiff, Ed Vallejo, respectfully alleges upon his firsthand knowledge, except where it is stated upon information and belief, or where it is stated that he verily believes it to be true, and requests the proper filing of this class action complaint based on the following:

**FEDERAL RULES OF CIVIL PROCEDURE ( FRCP )**

Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs

(a) MANDAMUS OR PROHIBITION TO A COURT: PETITION, FILING, SERVICE, AND DOCKETING.

(1) A party petitioning for a writ of mandamus or prohibition directed to a court must file a petition with the circuit clerk and serve it on all parties to the proceeding in the trial court. The party must also provide a copy to the trial-court judge. All parties to the proceeding in the trial court other than the petitioner are respondents for all purposes.

(2)(A) The petition must be titled "In re [name of petitioner]."

(B) The petition must state:

(i) the relief sought;

(ii) the issues presented;

(iii) the facts necessary to understand the issue presented by the petition; and

(iv) the reasons why the writ should issue.

(C) The petition must include a copy of any order or opinion or parts of the record that may be essential to understand the matters set forth in the petition.

(3) Upon receiving the prescribed docket fee, the clerk must docket the petition and submit it to the court.

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

## ISSUES PRESENTED

On or about August of 2020 a Police Officer working for the **CITY OF GLENDALE, CALIFORNIA**, unlawfully stopped an American Traveler in his passenger vehicle and requested him to show proof of registration, insurance and a valid driver license.

The vehicle was insured and the Traveler explained to the Officer that he was not required to register his Italian made personal property vehicle in the United States. The Officer then violated the Traveler's constitutional right to travel, gave him a disputed citation, and impounded the vehicle, obligating the Traveler to pay thousands of us dollars in impound, transportation, parking, release of the vehicle, Court, and Attorney Fees and Costs.

The Traveler has since notified the City of Glendale that he will be filing the present lawsuit regarding the: **NOTICE OF ERROR AND DEMAND FOR REIMBURSEMENT** and sent the Mayor the following letter:

Dear Sirs:

I was unlawfully stopped by an Officer in Glendale and he cited me and impounded by passenger vehicle, which **did not have to be registered** pursuant to: **CALIFORNIA DMV VEHICLE CODE – VEH / DIVISION 1. WORDS AND PHRASES DEFINED [100 - 681] 260.**

(a) A "commercial vehicle" is a motor vehicle of a type **required to be registered** under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.
(b) **Passenger vehicles** and house cars that **are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles.** This subdivision shall not apply to Chapter 4 (commencing with Section 6700) of Division 3.
(c) Any vanpool vehicle is not a commercial vehicle.
(d) The definition of a commercial vehicle in this section does not apply to Chapter 7 (commencing with Section 15200) of Division 6.

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

1  I own this passenger vehicle and it is not used for the transportation of persons for hire,

2  compensation, or profit are not commercial vehicles.

3

## 1. INTRODUCTION

4

5

6  1.) This class action lawsuit seeks to stop the California Department of Motor Vehicles ( DMV )

7  from automatically and illegally charging annual registration fees whether a motor vehicle uses the

8  streets and highways in the State of California or not. As described further below, the DMV has the

9

10  legal right to charge registration fees and costs whether a vehicle is driven or not. In fact, the DMV

11  has the practice of note renewing the annual registration of a vehicle simply because the owner of the

12  vehicle was too poor to pay the fines, fees and costs. The DMV's practices exceed its authority under

13  the California Vehicle Code, violate the due process and equal protection rights of plaintiffs, and

14  cause harm to hundred of thousands of low-income Californians.

15

16  2.) As both the United States and the California Supreme court have recognized, a driver's

17  license is not a luxury; for many it is essential to their pursuit of livelihood, as is the use of a motor

18  vehicle. Many lo wage jobs require a license and vehicle registration in order to work, to take

19  children to school or to medical appointments, or to care for ill or disabled family members.

20  3.) By its express terms, the Vehicle Code apparently authorizes the DMV to charge the fines and

21  registration fees.

22

23  4.) The DMV's current process operates outside the statutory authorization.

24  5.) This specific issue arises from a complaint which involves DMV CASE : Payment Request:

25  Vehicle Registration Renewals- Conf #DMV-VO:1754781--Case #07125679.

26  6.) The Director of the DMV is Mr. Steve Gordon, at the DMV Headquarters at 2415 1st Avenue,

27  Sacramento, CA 95818.

28

– 4 –

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

7.) On or about December 9, 2021 Plaintiff received an email from the DMV stating the following:

"**Good Morning Mr. Vallejo,**

**Thank you for using our Virtual Field Office.**

**Your request to have late fees removed has been denied at this time, and will not be reviewed again until you have uploaded your Smog Certification as requested in previous emails. Please remember, it is a request and not a guarantee of fee waiver.**

**At this time, you have been denied because during the initial State Lockdown, Governor Gavin Newsom signed EXECUTIVE ORDER N-57-20 which only allowed the DMV to waive late fees and penalties for vehicle registration renewals due between <u>March 16, 2020 and May 31, 2020, and only if paid within 60 days of the original expiration date.</u> Your registration does not qualify under those mandated guidelines, because your registration has been expired since December of 2019, three months <u>before</u> the Executive Order was implemented, and you are now, nearly <u>three years later</u> are attempting to pay fees.**

**So, you are being charged for the two past due years along with the new year that is coming due at once.**

**1.) December 2019 - December 2020**

**2.) December 2020 - December 2021**

**3.) December 2021 - December 2022**

**We do not offer an appeal process online, and will not be able to continue to address this issue until we are ready to move forward after you have uploaded your smog certification.**

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

**An alternative option we can offer is, once your smog is uploaded & in the event your waiver is still being denied, you can pay your fees due, and then apply for a refund online. I have provided the application for your convenience just in case.**

**Again, at this time, we will no longer be able to address the fees until we have the requested smog uploaded.**

**DMV VFO TEAM"**

## II. JURISDICTION AND VENUE

8.) The Court has jurisdiction over Petitioner's request for a Writ of Mandate under Code of Civil Procedure § 1085. The Court has jurisdiction over Petitioner's claims for declaratory and injunctive relief under Article VI, Section 10, of the California Constitution and Code of Civil Procedure §§ 410.10,526, 526a, and 1060.

9.) Venue in Los Angeles County is proper under Code of Civil Procedure § 401(1) because the DMV is a state agency that may be sued in any county in California in which the Attorney General has an office, and the Attorney General maintains an office in Los Angeles County.

10.)     Venue also lies in this District pursuant to Section 1391(b) and 1409(a) of Title 28 of the United States Code (U.S.C.).

11.)     Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 the United States Code in that this proceeding arises in and is related to the above captioned case under Title 11 U.S.C.§ 105(a) or § 524(a), awarding relief, and concerns the personal property of the Plaintiff.

12.)     This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

States Code.

13.)   This Court has jurisdiction to hear matters in violation of **Constitution of The United States**, and the "Bankruptcy Code § 522 allows a debtor to exempt certain property from the Bankruptcy estate that the trustee distributes to creditors." In re Weinstein, 164 F.3d 677, 679 (1st Cir. 1999).

14.)   This Court has supplemental jurisdiction to hear all state law claims pursuant to Section § 1367 of Title 28 of the United States Code ( USC ).

15.)   This matter is primarily a core proceeding subject to the jurisdiction of this Court to enter a final order.

16.)   District Courts have jurisdiction per 28 U.S. Code § 158. Appeals and under 28 U.S.C. § 1331, and have jurisdiction over this interlocutory appeal under 28 U.S.C. § 1292(b). When reviewing an interlocutory appeal under 28 U.S.C. § 1292(b), it exercises plenary review over the question certified. Florence v. Bd. of Chosen Freeholders of City of Burlington, 621 F.3d 296, 301 (3d Cir. 2010). The scope of our review, however, is not limited to the question set forth in the certification motion but, rather, includes any issue fairly included within the certified order. See Yamaha Motor Corp., U.S.A. v. Calhoun, 516 U.S. 199, 205 (1996) ("As the text of § 1292(b) indicates, appellate jurisdiction applies to the order certified to the Court of Appeals, and is not tied to the particular question formulated by the district court."). "It reviews a denial of a motion for reconsideration for abuse of discretion, but it reviews the District Court's underlying legal determinations"—its denial of summary judgment to Crown in this case "de novo and factual determinations for clear error." Howard Hess Dental Labs. Inc. v. Dentsply Int'l, Inc., 602 F.3d 237, 246 (3d Cir. 2010). Summary judgment is appropriate only where there is no genuine issue as to any material fact. Fed. R. Civ. P. 56(c). In the present case there is a very genuine issue of material fact.

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

17.)    District Courts have original jurisdiction over all cases and proceedings, per 28 U.S.C. § 1334, and may exercise that jurisdiction notwithstanding that a district court may choose to refer other matters to other judges for the district. 28 U.S.C. § 157(d).

18.)    The Court of Appeals reviews final decisions by the U.S. District Courts. The Court looks at the originating court record as well as the briefs of the parties to see if there are any constitutional, legal, or factual mistakes. As stated above, District Courts of Appeal also have jurisdiction pursuant to 28 U.S.C. §§ 157, 1291, 1292, 1295, 1331, 1334, 1441, and 1446 to review denial of motions for reconsideration for "*abuse of discretion*", wherein the Appellate Court makes a determination as to whether or not the trial court abused its discretion in its rulings, including the lifting of an automatic stay. Hoang v. BOA/FNMA, no. 17-35993, D.C. No. 2:17-cv-00874-JLR (9th Cir. 2018), Sch. Dist. No. IJ, Multnomah Cnty., Or. v. AC and S, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). The BAP had jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157(b)(1) and (2)(G) and had jurisdiction under 28 U.S.C. § 158 and 1291 on appeal from the bankruptcy court since the district court issued an order denying Plaintiff's motion for a reconsideration order. The district court reviews findings of fact for clear error and reviews conclusions of law *de novo*. Ragsdale v. Haller, 780 F.2d 794, 795 (9th Cir. 1986).

(i)    The date of impound of Plaintiff's vehicle was on or about August 2020.

(ii)    Plaintiff immediately disputed the unconstitutional acts and immediately filed an Appeal against any Citations, Orders and Decisions.

(iii)    On or about December 9, 2021 the DMV denied Plaintiff's request to not have to pay for renewal vehicle registration, fees and penalties. ( See Sections 4002, 4604, 11716 V.C. ).

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

(iv)    On or about December 9, 2021 Plaintiff has informed the DMV of his intention to file

this class action lawsuit, summons and constitutional challenge pursuant to Rules 4

and 5.1 of the FRCP.

19.)    Jurisdiction is also based on 28 U.S. Code § 1331, § 2403 as Certification of the Court

and the Attorney General has been contacted since the issue in controversy arises under the

Constitution, laws, or treaties of the United States of America.

20.)    Plaintiff has standing to bring this action on behalf of a class of vehicle owners in the

State of California.

## III.    PARTIES

21.)    The Petitioner/Plaintiff, Ed Vallejo is a Los Angeles County resident who is being at

all times herein mentioned was and still is a resident of the County of Los Angeles, in the State of

California, specifically the City of Burbank, at 508 North California and is being required to pay

vehicle registration fees and penalties that he has not used and is illegal in order to be able to legally

travel with his personal property vehicle on the streets and highways of California.

22.)    The Defendants/Respondents include the following: The California Department of

Motor Vehicles is a California State agency and is responsible for imposing and maintaining driver's

license and vehicle registrations under the Vehicle Code. It expends state taxpayer funds in carrying

out these duties, and the City of Glendale, CA., Mayor Paula Devine, City of Glendale, 613 E.

Broadway, Glendale CA., 91206-4391 Tel 1 (818) 548-4844. Email: pdevineglendaleca.gov,

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

23.) Respondent/Defendant Steve Gordon is the Director of the California Department of Motor Vehicles, and is charged with administering and enforcing all provisions of the California Vehicle Code relating to the California Department of Motor Vehicles. *See* Veh. Code § 1650. She is sued in his official capacity as is the Mayor of the City of Glendale, CA.

24.) The DMV Headquarters at 2415 1st Avenue, Sacramento,  <u>CA</u> 95818.and the City of Glendale at 613 E. Broadway, Glendale CA., 91206-4391

## IV. ISSUE STATEMENT IN DETAIL

25.)    Plaintiff feels that his constitutional rights to own and travel in his personal property without limitations, restrictions, taxation, registration, fees, or penalties and to be able to transport himself and his family freely on the roads of the State of California, have violated by the DMV and the City of Glendale, California.

26.)    Based on undisputed evidence and email communications with the DMV, Plaintiff requests that the Court take Judicial Notice of the above referenced information.

27.)    Upon information and belief, Plaintiff requests a Constitutional and Class Certification of all owners of vehicles and drivers resident in the State of California who have been harmed.

## V. STATEMENT OF THE CASE AND ACTUAL ALLEGATIONS

28.)    Plaintiff repeats and realleges each of the allegations contained in paragraphs above

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

1  with the same force and effect as if fully set forth at length herein.

2

3      29.) This complaint alleges facts sufficient to state a cause of action under any legal theory,

4  such facts being assumed true for this purpose." (McCall v. PacifiCare of Cal., Inc. (2001) 25 Cal.
   4th 412, 415.)

5

6

7      30.)    The Court must determine whether the alleged facts based on undisputed evidence

8  are sufficient for Constitutional and Class Certification.

9      .

10     31.)    Plaintiff repeats and realleges each of the allegations contained in paragraphs above

11 with the same force and effect as if fully set forth at length herein.

12

13

14

15                  **VI. FIRST CAUSE OF ACTION AS AGAINST DEFENDANTS**

16                              ( Accounting and Evidence )

17

18     32.)    Plaintiff repeats and realleges each of the allegations contained in paragraphs above

19 with the same force and effect as if fully set forth at length herein.

20

21

22     WHEREFORE, the Plaintiff requests an order granting a Certification of the Constitutional

23 Issue and of the Class requested, and directing the Defendants to produce all communications,

24 records and evidence with Plaintiff regarding the above referenced vehicles and cases, and just

25 compensation for damages and violation of Constitutional Rights to be determined at trial

26

27

28

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

Based upon the foregoing, and as discussed in further detail below, this request for an order to produce all books and records regarding Plaintiff's impounded vehicles and other vehicles should be granted.

WHEREFORE, the Plaintiff demands an order directing Defendants to produce all accounting, communications, books and records regarding Plaintiff's vehicles.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners respectfully request that the Court:

1.) Issue a declaration that any fees, fines, penalties or registration during a period of time not used by Plaintiffs/Petitioners is unconstitutional and will be discontinued at once.

2.) That is practice has violated due process and equal protection clauses of the California and United States Constitutions.

3.) Issue a Writ of Mandate ( Mandamus ), which is an order from a court to an inferior government official ordering the government official to properly fulfill their official duties or correct an abuse of discretion. (See, e.g. Cheney v. United States Dist. Court For D.C. (03-475) 542 U.S. 367 (2004) 334 F. pursuant to California Code of Civil Procedures Section 1085 and 21 of the FRCP as follows:

a. Require Respondents to stop charging fees, penalties, fines, or any other registration expenses during a time the vehicle has not been driven on the streets or highways of California.

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

Based on the above, Petitioner respectfully requests the Clerk of the Court to file this

petition and request for leave from the Court to request the Constitutional and Class Certifications

against the Respondents/Defendants before the Court with competent jurisdiction, and for just and

fair compensation and Attorney Fees, for damages and violation of the constitutional rights to be

determined at trial, as the law favors.

I declare under penalty of perjury under the laws of the United States that the above is true

and correct.

Respectfully submitted, this 16th day of December of 2021.

Dated: December 16th, 2021

/s/ Ed Vallejo
_____

ED VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
EMAIL: eevallejo@yahoo.com

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

## VERIFICATION

I, Ed Vallejo, am one of the petitioners in the above-entitled action. I am aware of the nature

of the verified Petition for Writ of Mandate ( Mandamus ) and Complaint for declaratory and

injunctive relief filed on my behalf, the legal bases for the Petition, and the relief being sought. To the

extent that the Petition is based upon facts known to me, including the facts stated under my name in

section entitle "Parties," I verify them to be true, and otherwise, I am informed and believe that all the

facts herein are true.

I declare under penalty of perjury under the laws of the United States that the above is true and

correct. Respectfully submitted, this 16th day of December of 2021.

Executed on: December 16th, 2021, in Burbank, California.

/s/ Ed Vallejo

---

ED VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
EMAIL: eevallejo@yahoo.com
Petitioner and Plaintiff

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

## CERTIFICATE OF SERVICE

Federal District Court Case Number: T.B.D.

I am a resident of the State of California, over the age of eighteen years, and a party to the within action.

**NOTICE AND MOTION TO FILE CLASS VERIFIED PETITION FOR A WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

[ ] by transmitting via email and facsimile on this date the document(s) listed above to the facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing_ L am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[X] BY CM/ECF ELECTRONIC DELIVERY: Via E-Mail in accordance with the registered case participants and in accordance with the procedures set forth at the Federal Bankruptcy and District Courts, Ninth Circuit, and Court of Appeals of California website https://ecf.cacd.uscourts.gov.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. (See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Respectfully submitted, this 16th day of December of 2021.

Dated: December 16th, 2021

/s/ Ed Vallejo

ED VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
EMAIL: eevallejo@yahoo.com

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

## MAILING LIST

The Director of the DMV is Mr. Steve Gordon,

at the DMV Headquarters at

2415 1st Avenue,

Sacramento, CA 95818


Mayor Paula Devine,

City of Glendale

613 E. Broadway,

Glendale CA., 91206-4391

Tel 1 (818) 548-4844.

*Email: pdevine@glendaleca.gov*


BOB BONTA
Attorney General of California

CHRISTIE VOSBURG
Supervising Deputy Attorney General

DAVIN WIDGEROW
Deputy Attorney
General State Bar No. 277401
600 West Broadway Suite 1800
San Diego, CA 92101
E-mail: Davin. Widgerow@doj.ca.gov

EMI MACLEAN (SBN 319071)
EMaclean@aclunc.org

SHILPI AGARWAL (SBN 270749)
SAgarwal@aclunc.org

VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF

# ACTIONS FOR JUSTICE ( AXJ ) CALIFORNIA

1  ANNIE DECKER (SBN 268435)
   ADecker@aclunc.org
2

3  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
4  San Francisco, CA 94111
   Tel: (415) 621-2493
5

6  SUMMER LACEY (SBN 308614)
   slacey@aclusocal.org
7

8  EVA BITRAN (SBN 302081)
   ebitran@aclusocal.org
9

10 ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 W. 8th St. Los Angeles, CA 90017
   Tel: (213) 977-9500
11

12 JEFFREY G. KNOWLES (SBN 129754)
    ef-jgk@cpdb.com
13

14 JULIA D. GREER (SBN 200479)
   ef-jdg@cpdb.com
15

16 TOM LIN (SBN 319911)
   tlin@coblentzlaw.com
17 COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
18 San Francisco, California 94104-5500
   Telephone: (415) 391-4800
19

20 **AMERICANS WITH DISABILITIES
   ACT OF 1990**
21
   700 Civic Center Drive West
22 Santa Ana, CA 92701
   Telephone: (657) 622-7751
23 email : adainformation@occourts.org

24

25

26

27

28

– 17 –
VERIFIED PETITON FOR WRIT OF MANDATE AND COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF