**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ED VALLEJO, | **Case No. CV 21-9941-ODW (RAO)** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, ET AL., | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal.

DATED: January 27, 2022

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE